UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| AARON W. COATS,<br><br>                    Plaintiff,<br><br>   vs.<br><br>CRISWELL KENNEDY,<br><br>                    Defendant. | NO:  CV-12-366-CI<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION, DISMISSING COMPLAINT WITHOUT PREJUDICE AND DIRECTING THAT COLLECTION OF THE FILING FEE CEASE |

Magistrate Judge Imbrogno filed a Report and Recommendation, ECF No. 14, recommending Mr. Coats' Motion to Voluntarily Dismiss Complaint be granted.  Defendants have not been served.  There being no objections, the Court **ADOPTS** the Report and Recommendation.  Plaintiff's Motion, ECF No. 13, is **GRANTED** and the Complaint is **DISMISSED WITHOUT PREJUDICE.**

On August 15, 2012, Plaintiff also submitted a Motion, ECF No. 15, and an Affidavit, ECF No. 16, to waive the remaining balance of the filing fee. For good cause shown, **IT IS ORDERED** Plaintiff's Motion, ECF No. 15, is **GRANTED**

1 **a**nd the institution having custody of Mr. Coats shall cease collection of the filing
2 fee in this action, cause number **CV-12-366-CI.**

3     **IT IS SO ORDERED**.  The District Court Executive is directed to enter this
4 Order, enter judgment of dismissal without prejudice, forward a copy to Plaintiff
5 and close the file.  The District Court Executive is further directed to send a copy
6 of this Order to the Office of the **Department of Corrections, Attn: LFO/COS**
7 **UNIT, P.O. Box 41107, Olympia, WA  98504-1107,** to forward to the appropriate
8 agency having custody of Plaintiff.  The District Court Executive also **shall**
9 provide a copy of this Order to the Financial Administrator for the United States
10 District Court, Eastern District of Washington.

11     **DATED** this 6th day of September, 2012.

12                         *s/ Thomas O. Rice*
                            THOMAS O. RICE
13                     United States District Court Judge

ORDER ADOPTING REPORT AND RECOMMENDATION, DISMISSING
COMPLAINT WITHOUT PREJUDICE AND DIRECTING THAT
COLLECTION OF THE FILING FEE CEASE -- 2